UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

CHRISTOPHER PAYTON MAY-SHAW
#11506-040,

    Plaintiff,

v.

GRAND RAPIDS, CITY OF, et al.,

    Defendants.

Hon. Robert J. Jonker

Case No. 1:20-cv-00647

## ORDER

I recuse myself under 28 U.S.C. § 455(a) and (b)(3) from further participation in this case due to my prior service as government counsel in proceedings related to this case. The Clerk of Court shall reassign this case to another magistrate judge in accordance with the approved procedure.

    IT IS SO ORDERED.

Dated: July 20, 2020

    /s/ Sally J. Berens
    SALLY J. BERENS
    U.S. Magistrate Judge