UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

CHRISTOPHER PAYTON MAY-SHAW,

          Plaintiff,

v.

CITY OF GRAND RAPIDS et al.,

          Defendants.
_____/

Case No. 1:20-cv-647

Honorable Robert J. Jonker

## ORDER

This is a civil rights action brought by a federal prisoner. This matter is presently before the Court on Plaintiff's motion to seal pleadings and exhibits (ECF No. 2) and Plaintiff's motion to "unseal" documents previously filed (ECF No. 12). When Plaintiff filed his complaint, he filed a motion to seal, as confidential, documents filed in this action. Pending a decision on that motion, the Clerk has sealed the documents filed. Plaintiff has recently reversed course and now asks that all documents filed previously be "unsealed" and that documents filed going forward not be sealed. As there does not appear to be any reason to seal the documents,

**IT IS ORDERED** that Plaintiff's motion to seal pleadings and exhibits (ECF No. 2) is **DENIED**, and Plaintiff's motion to "unseal" documents previously filed (ECF No. 12) is **GRANTED**.

Dated: March 19, 2021

/s/ Ray Kent
Ray Kent
United States Magistrate Judge